IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD ARCHULETA,   No C-09-5474 VRW (PR)

    Plaintiff,

    v   ORDER OF DISMISSAL

CHARLES LEE, et al,

    Defendants.
_____/

    This civil rights action by pro se prisoner Richard Archuleta was filed on November 18, 2009. Doc #1. The court notified plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc #4.

    Over fifty days have elapsed since plaintiff was notified

of his filing deficiency; however, he has not provided the court with the requisite items, or sought an extension of time to do so. The action, therefore, is DISMISSED without prejudice.

The clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.09\Archuleta-09-5474-order of dismissal-ifp.wpd