**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
RICHARD ARCHULETA,                    No C-09-5474 VRW (PR)

          Plaintiff,

     v                                ORDER OF DISMISSAL

CHARLES LEE, et al,

          Defendants.
                                  /
```

    This civil rights action by pro se prisoner Richard Archuleta was filed on November 18, 2009. Doc #1. The court notified plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc #4.

    Over fifty days have elapsed since plaintiff was notified

1  of his filing deficiency; however, he has not provided the court
2  with the requisite items, or sought an extension of time to do so.
3  The action, therefore, is DISMISSED without prejudice.
4          The clerk shall terminate all pending motions as moot and
5  close the file.

7          IT IS SO ORDERED.

                                    _____
                                    **VAUGHN R WALKER**
                                    **United States District Chief Judge**

**United States District Court**
For the Northern District of California

26  G:\PRO-SE\VRW\CR.09\Archuleta-09-5474-order of dismissal-ifp.wpd

**2**