UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD L. ARCHULETA,

       Plaintiff,

  v.

CHARLES LEE et al,

       Defendant.
                             /

Case Number: CV09-05474 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Luis Archuleta C-07247
P.O. Box 689
Soledad, CA 93960

Dated: January 8, 2010

*Frank Justiliano*

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk